# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMMA BRANSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WOMBO STUDIOS, INC.,<br><br>    Defendant. | Case No. 1:24-cv-06301<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Thus, Plaintiff Emma Branson, by and through her undersigned counsel of record, hereby dismisses her claims against Defendant Wombo Studios, Inc., *without prejudice*. Each party shall bear its own costs.

Dated: September 6, 2024

              Respectfully submitted,

              **BURSOR & FISHER, P.A.**

              By:  /s/ *Philip L. Fraietta*
                  Philip L. Fraietta

              Philip L. Fraietta (ARDC No. 6337165)
              1330 Avenue of the Americas, 32nd Floor
              New York, NY 10019
              Telephone: (646) 837-7150
              Facsimile: (212) 989-9163
              Email: pfraietta@bursor.com

              *Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

By:    */s/ Philip L. Fraietta*
          Philip L. Fraietta